NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**WILLIAM E. CAMPBELL,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————

2013-7128

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-1149, Judge Robert N. Davis.

———————————

**ON MOTION**

———————————

**O R D E R**

William E. Campbell moves to voluntarily withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

CAMPBELL V. SHINSEKI                                                2

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk


ISSUED AS A MANDATE:  September 16, 2013


s21